Local AO 450 (rev. 5/10)

# United States District Court
### District of North Dakota

| | |
|---|---|
| Dakotas and Western Minnesota Electrical Industry Health & Welfare Fund, by Randy Stainbrook and Edward Christian, in their representative capacity as Trustees, and each of their successors, | JUDGMENT IN A CIVIL CASE |
| Plaintiffs, | |
| vs. | Case No.   3:15-cv-67 |
| First Agency, Inc. and Guarantee Trust Life Insurance Company, | |
| Defendants. | |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

The court finds the defendants' motion to dismiss is DENIED, and the plaintiffs' motion for summary judgment is GRANTED. The Court further finds that a hearing would not assist the court in resolving the legal issues. The plaintiffs' motion for a hearing is DENIED.

Date: March 11, 2016

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Jackie Stewart, Deputy Clerk*